Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number: 6:19-mj-0016-JDP |
|---|---|
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGEMENT AGREEMENT; AND ORDER THEREON** |
| KELSEY LYNN KALEMBER, | |
| Defendant. | |

On March 6, 2019, Defendant pled guilty to Possession of a Controlled Substance. Pursuant to a Deferred Judgement Agreement. She was ordered to 12 months of unsupervised probation with the conditions she: obey all laws, report any new law violations within 7 days, and pay a fine of $1,000. A review hearing was scheduled for February 5, 2020.

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing on February 5, 2020. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court. Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the United States

//

//

1

hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: January 16, 2020     /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

ORDER

Upon application of the United States, good cause having been shown therefor, we order that the review hearing scheduled for February 5, 2020 in the above-referenced matter, *United States v. Kalember*, 6:19-mj-0016-JDP, be vacated. The case is hereby dismissed.

IT IS SO ORDERED.

Dated:   January 21, 2020                               _____
                                                        UNITED STATES MAGISTRATE JUDGE